IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-03171-WYD-MEH

MALIBU MEDIA, LLC,

   Plaintiff,

v.

JOHN DOES 1-14,

   Defendants.

# ORDER

This matter is before the Court on various filings by Plaintiff, including:  Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 5 Only; Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 7 Only; Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Does 1, 2, 3, 6, 8, 9, 10, 11, 12, 13 and 14; and Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 10 Only.  After reviewing these filings and the record, I conclude the notices should be approved.

   **THEREFORE, IT IS ORDERED** as follows:

   1. That Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 5 Only (ECF No. 19), Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 7 Only (ECF No. 20), and Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 10 (ECF No. 23) are **APPROVED**,

and the claims against Defendants John Does 5, 7 and 10 are **DISMISSED WITH PREJUDICE**. These Defendants shall hereafter be taken off the case caption.

2. Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Does 1, 2, 3, 6, 8, 9, 10, 11, 12, 13 and 14 (ECF No. 22) is **APPROVED**, and Defendants 1, 2, 3, 6, 8, 9, 11, 12, 13 and 14 are **DISMISSED WITHOUT PREJUDICE**.[1] These Defendants shall also hereafter be taken off the case caption.

3. The case remains pending at this time only against John Doe 4.

Dated: April 9, 2013.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Defendant John Doe 10 was dismissed with prejudice pursuant to Plaintiff's Notice filed on April 9, 2013, ECF No. 23.