IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-03171-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE 4,

    Defendant.

## ORDER

This matter is before the Court on a review of the file.  By Order of April 9, 2013, I dismissed a number of Defendants and noted that the only remaining Defendant was Joe Doe 4.  However, I failed to notice that Plaintiff filed a Notice of Voluntary Dismissal as to John Doe 4 on January 21, 2013.  It is therefore

ORDERED that Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 4 Only (ECF No. 13) is **APPROVED**, and the claims against Defendant John Doe 4 are **DISMISSED WITH PREJUDICE**.  It is

FURTHER ORDERED that since the claims have been dismissed as to all the Defendants, this case shall be terminated.

Dated:  April 15, 2013.

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      WILEY Y. DANIEL,
                                      SENIOR UNITED STATES DISTRICT JUDGE